## SULLIVAN AD. VS. DEADMAN.

No bond for costs is required on appeals from the Probate to the Circuit Courts:
the 3d sec. of the act of January 4th, 1849, applying to appeals from the county
courts, as decided in *Biscoe vs. Madden*, 7 *Eng.* 765, overruling *Morrow vs. Walker*, 5 *Eng.* 569.

### Appeal from Arkansas Circuit Court.

The Hon. J. C. MURRAY Circuit Judge presiding.

PIKE & CUMMINS, for the appellant, referred to *Biscoe et al. vs. Madden ad.*, 7 *Eng.*

S. H. HEMPSTEAD, contra, relied on *Morrow vs. Walker*, 5 *Eng.* 569.

Mr. Chief Justice WATKINS delivered the opinion of the court.

The administrator appealed to the Circuit Court, from a judg-ment of allowance in the Arkansas Probate Court, upon a claim exhibited by the appellee against the estate. The Circuit Court, on motion of the appellee, dismissed the appeal because the ap-pellant had filed no bond for the costs of such appeal. From that decision the administrator has appealed to this court.

No bond for costs is required on appeals from the Probate to the Circuit Courts. The 3d section of the act of January 4th, 1849, applies only to appeals from the county courts, as decided in *Biscoe vs. Madden*, 7 *Eng.* 765, overruling the case of *Morrow vs. Walker*, 5 *Eng.* 569.

The judgment will be reversed and the cause remanded with instructions to proceed therein according to law.